1  DENNIS L. KENNEDY
   Nevada Bar No. 1462
2  KELLY B. STOUT
   Nevada Bar No. 12105
3  **BAILEY❖KENNEDY**
   8984 Spanish Ridge Avenue
4  Las Vegas, Nevada 89148-1302
   Telephone:  702.562.8820
5  Facsimile:  702.562.8821
   DKennedy@BaileyKennedy.com
6  KStout@BaileyKennedy.com

7  *Attorneys for Defendant*
   LAS VEGAS-CLARK COUNTY LIBRARY
8  DISTRICT

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

WILLIAM DEANS, an individual,

         Plaintiff,

vs.

LAS VEGAS CLARK COUNTY LIBRARY DISTRICT,

         Defendant.

Case No.  2:16-cv-02405-APG-PAL

### STIPULATION AND ORDER TO RESET SCHEDULING CONFERENCE
### (FIRST REQUEST)

Pursuant to FRCP 16, LR 7-1, and LR IA 6-2, Defendant Las Vegas-Clark County Library District ("Library District") and Plaintiff William Deans ("Deans") (jointly, the "Parties") by and through their counsel of record, hereby submit this stipulation as follows:

1. On April 6, 2017, the Parties' counsel held a discovery planning conference as required by Fed. R. Civ. P. 26(f).

2. On April 25, 2017, the Parties submitted a proposed Discovery Plan [ECF No. 42].

3. On April 26, 2017, the Court issued an Order setting a Scheduling Conference for May 16, 2017, at 9:30 a.m.

4. Due to a pre-existing, full-day obligation for another client, Defendant's counsel is

unavailable on May 16, 2017.

5. Counsel for the Parties stipulate and agree to have the Scheduling Conference reset for the 15th, 19th, 22nd, 23rd, 25th, or 26th of May, 2017, or as soon thereafter as is convenient for the Court.

Dated: May 5, 2017                                                  Dated: May 5, 2017

By: */s/ Alex J. Shepard*                                           By: */s/ Kelly B. Stout*
    **RANDAZZA LEGAL GROUP, PLLC**                  **BAILEY❖KENNEDY**
    MARC J. RANDAZZA                                 DENNIS L. KENNEDY
    ALEX J. SHEPARD                                  KELLY B. STOUT
    D. GILL SPERLEIN

*Attorneys for Plaintiff*                                           *Attorneys for Defendant*
WILLIAM DEANS                                                       LAS VEGAS-CLARK COUNTY LIBRARY DISTRICT

IT IS SO ORDERED that the Scheduling Conference is reset for the 23rd day of May, 2017, at the hour of 9:00 a.m., in Courtroom 3B.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 9, 2017

Respectfully Submitted by:

BAILEY❖KENNEDY

By: */s/ Kelly B. Stout*
    DENNIS L. KENNEDY
    KELLY B. STOUT

*Attorneys for Defendant*
LAS VEGAS-CLARK COUNTY
LIBRARY DISTRICT