1  DENNIS L. KENNEDY
   Nevada Bar No. 1462
2  KELLY B. STOUT
   Nevada Bar No. 12105
3  **BAILEY✧KENNEDY**
   8984 Spanish Ridge Avenue
4  Las Vegas, Nevada 89148-1302
   Telephone:  702.562.8820
5  Facsimile:  702.562.8821
   DKennedy@BaileyKennedy.com
6  KStout@BaileyKennedy.com

7  *Attorneys for Defendant*
   LAS VEGAS-CLARK COUNTY LIBRARY
8  DISTRICT

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM DEANS, an individual, | |
| Plaintiff, | Case No. 2:16-cv-02405-APG-PAL |
| vs. | |
| LAS VEGAS CLARK COUNTY LIBRARY DISTRICT, | |
| Defendant. | |

### STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

### (FIRST REQUEST)

Pursuant to Fed. R. Civ. P. 16, LR IA 6-1, LR IA 6-2, and LR 7-1 Defendant Las Vegas-Clark County Library District ("Library District") and Plaintiff William Deans ("Deans") (jointly, the "Parties") by and through their counsel of record, hereby stipulate as follows:

1.  On October 10, 2017, Deans filed its Plaintiff William Deans's Motion for Summary Judgment ("Motion") [ECF No. 51].

2.  On September 28, 2017, Kelly Stout, Esq. ("Ms. Stout"), the Library District's attorney who has been primarily responsible for the briefing and day-to-day handling of this case, suffered an eye injury, which has required extensive treatment and resulted in a temporary, but

significant, impairment of her vision.

3. After an absence of almost two-weeks, Ms. Stout returned to work part time, but her recovery is expected to extend an additional 3 to 5 weeks.

4. In order to allow Ms. Stout time to recover from her injury, the Parties stipulate and agree that the Library District's time to file its opposition to the Motion shall be from October 31, 2017 until November 29, 2017.

Dated: October 27, 2017

By: */s/ Alex J. Shepard*
    **RANDAZZA LEGAL GROUP, PLLC**
    MARC J. RANDAZZA
    ALEX J. SHEPARD
    D. GILL SPERLEIN

*Attorneys for Plaintiff*
WILLIAM DEANS

Dated: October 27, 2017

By: */s/ Kelly B. Stout*
    **BAILEY❖KENNEDY**
    DENNIS L. KENNEDY
    KELLY B. STOUT

*Attorneys for Defendant*
LAS VEGAS-CLARK COUNTY LIBRARY DISTRICT

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: October 30, 2017.

Respectfully Submitted by:

BAILEY❖KENNEDY

By: */s/ Kelly B. Stout*
    DENNIS L. KENNEDY
    KELLY B. STOUT

*Attorneys for Defendant*
LAS VEGAS-CLARK COUNTY LIBRARY DISTRICT