DENNIS L. KENNEDY
Nevada Bar No. 1462
KELLY B. STOUT
Nevada Bar No. 12105
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
KStout@BaileyKennedy.com

*Attorneys for Defendant*
LAS VEGAS-CLARK COUNTY LIBRARY DISTRICT

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM DEANS, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS CLARK COUNTY LIBRARY DISTRICT,<br><br>　　　　　Defendant. | Case No. 2:16-cv-02405-APG-PAL |

**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

**(SECOND REQUEST)**

Pursuant to Fed. R. Civ. P. 16, LR IA 6-1, LR IA 6-2, and LR 7-1 Defendant Las Vegas-Clark County Library District ("Library District") and Plaintiff William Deans ("Deans") (jointly, the "Parties") by and through their counsel of record, hereby stipulate as follows:

1. On October 10, 2017, Deans filed its Plaintiff William Deans' Motion for Summary Judgment ("Motion") [ECF No. 51].

2. On October 30, 2017, the Court granted the Parties Stipulation and Order to Extend Briefing Schedule on Plaintiff's Motion For Summary Judgment [ECF No. 53], due to a medical issue for Kelly Stout, Defendants' counsel.

3. Pursuant to the October 30, 2017 Order, the Library District's time to file its opposition to the Motion was extended from October 31, 2017 until November 29, 2017.

4. Because Ms. Stout's ongoing care and treatment has necessitated a medical appointment for the afternoon of November 29, 2017, the Parties agree that Library District's time to file its opposition to the Motion shall be extended one day, from November 29, 2017 until November 30, 2017.

Dated: November 29, 2017

By: */s/ Alex J. Shepard*
    **RANDAZZA LEGAL GROUP, PLLC**
    MARC J. RANDAZZA
    ALEX J. SHEPARD
    D. GILL SPERLEIN

*Attorneys for Plaintiff*
WILLIAM DEANS

Dated: November 29, 2017

By: */s/ Kelly B. Stout*
    **BAILEY❖KENNEDY**
    DENNIS L. KENNEDY
    KELLY B. STOUT

*Attorneys for Defendant*
LAS VEGAS-CLARK COUNTY LIBRARY DISTRICT

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: November 29, 2017.

Respectfully Submitted by:

BAILEY❖KENNEDY

By: */s/ Kelly B. Stout*
    DENNIS L. KENNEDY
    KELLY B. STOUT

*Attorneys for Defendant*
LAS VEGAS-CLARK COUNTY
LIBRARY DISTRICT