Marc J. Randazza, NV Bar # 12265
D. Gill Sperlein, *pro hac vice*
Alex J. Shepard, NV Bar # 13582
RANDAZZA LEGAL GROUP, PLLC
4035 S. El Capitan Way
Las Vegas, NV 89147
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

*Attorneys for Plaintiff,
William Deans*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM DEANS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS CLARK COUNTY LIBRARY DISTRICT;<br><br>Defendant. | Case No. 2:16-cv-02405-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(Third Request)** |

Pursuant to Fed. R. Civ. P. 16, LR IA 6-1, LR IA 6-2, and LR 7-1 Defendant Las Vegas-Clark County Library District ("Library District") and Plaintiff William Deans ("Deans") (jointly, the "Parties") by and through their counsel of record, hereby stipulate as follows:

1. On October 10, 2017, Deans filed its Plaintiff William Deans's Motion for Summary Judgment ("Motion") [ECF No. 51].

2. On October 30, 2017, the Court granted the Parties Stipulation and Order to Extend Briefing Schedule on Plaintiff's Motion for Summary Judgment [ECF No. 53], due to a medical issue for Kelly Stout, Defendants' counsel.

3. Pursuant to the October 30, 2017 Order, the Library District's time to file its opposition to the Motion was extended from October 31, 2017 until November 29, 2017.

4. Because Ms. Stout's ongoing care and treatment necessitated a medical appointment for the afternoon of November 29, 2017, the Parties agreed that Library District's

1  time to file its opposition to the Motion should be extended one day, from November 29, 2017
2  until November 30, 2017.
3     5. The Court ratified the Parties' second stipulation on November 29, 2017 [ECF
4  No. 55], and the Library District filed its Response to Plaintiff's Motion on November 30, 2017.
5  [ECF No. 56].
6     6. Counsel for Plaintiffs require additional time to fully brief their Reply in Support
7  of Plaintiff's Motion. In addition to preparing a Reply in this case, Plaintiff's counsel is
8  burdened with concurrently preparing filings in a number of other cases. The Parties agree to
9  extend the date by which Plaintiff may file his Reply by one week, from December 7, 2017 until
10 December 14, 2017.

Dated: December 5, 2017.

Respectfully submitted,                                   Respectfully submitted,

/s/ Alex J. Shepard                                       /s/ Kelly B. Stout
Marc J. Randazza (NV Bar # 12265)                         Dennis L. Kennedy
D. Gill Sperlein, *pro hac vice*                          Kelly B. Stout
Alex J. Shepard (NV Bar # 13582)                          BAILEY KENNEDY, LLP
RANDAZZA LEGAL GROUP, PLLC                                8984 Spanish Ridge Avenue
4035 S. El Capitan Way                                    Las Vegas, Nevada 89148
Las Vegas, NV 89147                                       Telephone: (702) 562-8820
Telephone: 702-420-2001                                   Facsimile: (702) 562-8821
Facsimile: 305-437-7662                                   DKennedy@BaileyKennedy.com
ecf@randazza.com                                          KStout@BaileyKennedy.com

*Attorneys for Plaintiff*                                 *Attorneys for Defendants*
*William Deans*                                           *Las Vegas-Clark County Library District*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: 12/6/2017