Marc J. Randazza, NV Bar # 12265
D. Gill Sperlein, pro hac vice
Alex J. Shepard, NV Bar # 13582
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

*Attorneys for Plaintiff,*
*William Deans*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM DEANS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS CLARK COUNTY LIBRARY DISTRICT,<br><br>Defendant. | Case No. 2:16-cv-02405-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRE-TRIAL STATEMENT**<br><br>**[FIRST REQUEST]** |

Pursuant to Fed. R. Civ. P. 16, LR IA 6-1, LR IA 6-2, and LR 7-1 Defendant Las Vegas Clark County Library District ("Library District") and Plaintiff William Deans ("Deans") (jointly, the "Parties") by and through their counsel of record, hereby stipulate as follows:

1. On October 10, 2017, Mr. Deans filed his Motion for Summary Judgment ("Motion") [ECF No. 51].

2. On May 24, 2018, the Court entered its Order granting the Motion in part [ECF No. 60].

3. Pursuant to the Court's Scheduling Order [ECF No. 48], the Parties are required to file a joint pretrial order no later than 30 days following a decision on dispositive motions.

4. 30 days following May 24, 2018 was June 24, 2018, a Sunday, and so the deadline to file the joint pretrial order is currently June 25, 2018.

5. Counsel for the Parties require additional time to finalize the contents of the joint pretrial order and engage in settlement discussions as required by LR 16-3(b).

6. The Parties stipulate and agree to a 14-day extension of time for the Parties to file their joint pretrial order, wherein the Parties may file on July 9, 2018.

7. No trial date has been set in this matter yet.

Dated: June 25, 2018

Respectfully submitted,

/s/ Alex J. Shepard
Marc J. Randazza (NV Bar # 12265)
D. Gill Sperlein, *Pro Hac Vice*
Alex J. Shepard (NV Bar # 13582)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

*Attorneys for Plaintiff,
William Deans*

Respectfully submitted,

/s/ Kelly B. Stout
Dennis L. Kennedy
Kelly B. Stout
BAILEY KENNEDY, LLP
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: (702) 562-8820
Facsimile: (702) 562-8821
DKennedy@BaileyKennedy.com
KStout@BaileyKennedy.com

*Attorneys for Defendants
Las Vegas-Clark County Library District*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: July 6, 2018