Marc J. Randazza, NV Bar # 12265
D. Gill Sperlein, *pro hac vice*
Alex J. Shepard, NV Bar # 13582
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

*Attorneys for Plaintiff,
William Deans*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM DEANS, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>LAS VEGAS CLARK COUNTY LIBRARY DISTRICT;<br><br>    Defendants. | Case No. 2:16-cv-02405-APG-PAL<br><br>**STIPULATION AND ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff William Deans and Defendant Las Vegas-Clark County Library District ("Library District") (jointly, the "Parties") hereby stipulate to dismiss all of Mr. Deans's claims against the Library District, with prejudice, pursuant to the settlement agreement entered into by and between the Parties on November 15, 2018.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: November 30, 2018.

Dated: November 30, 2018

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Marc J. Randazza | /s/ Kelly B. Stout |
| Marc J. Randazza (NV Bar # 12265)<br>D. Gill Sperlein, *pro hac vice*<br>Alex J. Shepard (NV Bar # 13582)<br>RANDAZZA LEGAL GROUP, PLLC<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, NV 89117<br>Telephone: 702-420-2001<br>ecf@randazza.com | Dennis L. Kennedy<br>Kelly B. Stout<br>BAILEY KENNEDY, LLP<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>Telephone: (702) 562-8820<br>Facsimile: (702) 562-8821<br>DKennedy@BaileyKennedy.com<br>KStout@BaileyKennedy.com |
| *Attorneys for Plaintiff*<br>*William Deans* | *Attorneys for Defendants*<br>*Las Vegas-Clark County Library District* |

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

DATED:_____